IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, <br><br> Plaintiffs, <br><br> v. <br><br> RENAISSANCE OVERHEAD DOOR CORPORATION, <br><br> Defendant. | CASE NO. 08-C-3082 <br><br> JUDGE SHADUR |

## MOTION FOR DEFAULT JUDGMENT

Plaintiffs, by its attorney, David P. Lichtman, move this Honorable Court to enter Judgment by Default according to Fed. R. Civ. P. 55 for Defendant's failure to appear, answer or otherwise plead. Further, in support of this Motion the Plaintiffs state:

1. Plaintiffs filed their complaint on May 28, 2008 and the summons and complaint was served on Robert D. Gerstein, Registered Agent, on June 9, 2008 by the Process Server. **(Exhibit A, Affidavit of Service)**

2. The Defendant has failed to appear, answer or otherwise plead within the time allowed by the Fed. R. Civ. P.

3. At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendant is required to submit monthly reports to the Trust Funds which list the number of hours worked by the Defendant's employees and to pay the ERISA contributions based on those hours.

4. The Defendant failed to remit reports and contributions for the period January 2008 through May 2008. Based on the company's previous contribution history, the Trust Funds estimate that the company owes an amount of $ 51,153.80. The Defendant also failed to remit

the union dues it withheld from the employees' wages. The amount of dues withheld is $ 4,362.40 for the period January 2008 through May 2008. (**Exhibit B, Affidavit of James Rosemeyer**)

5. The Defendant owes liquidated damages on the unpaid ERISA contributions in the amount of $ 3,651.23 for the period May 2007 through May 2008 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(iii). (**Exhibit B**)

6. The Defendant owes the sum of $ 1,750.00 for necessary and reasonable attorney fees and costs of $ 405.00.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). (**Exhibit C, Affidavit of David P. Lichtman**)

WHEREFORE, Plaintiffs pray that their motion for judgment by default be granted in the amount of $ 61,322.43 and that, within ten days, the Defendant be ordered to produce reports and contributions for the period January 2008 through May 2008.

Respectively submitted,

/s/ David P. Lichtman
Attorney for the Plaintiffs

David P. Lichtman
Attorney No. 6290051
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701

# EXHIBIT A

Case 1:08-cv-03082　　Document 7-2　　Filed 07/11/2008　　Page 1 of 2

| | | |
|---|---|---|
| **ClientCaseID:** N7686 DPL<br>**Law Firm ID:** WHITFIEL | <br>*187838A* | **CaseReturnDate:** 6/18/08<br>Affidavit of Special Process Server |

## UNITED STATES DISTRICT COURT

Case Number **08CV3082**

I, BARNETT S. KOLTON

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT  Renaissance Overhead Door Corporation
PERSON SERVED  ROBERT D. GERSTEIN, REGISTERED AGENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 6/9/08

That the sex, race and approximate age of the person whom I left the  SUMMONS AND COMPLAINT
are as follow:

| Sex | MALE | Race | WHITE | Age | 51 |
|---|---|---|---|---|---|
| Height | 5'9" | Build | MEDIUM | Hair | BLACK |

LOCATION OF SERVICE  **707 Lake Cook Rd.**
**Deerfield, IL, 60015**

Date Of Service  6/9/08          Time of Service  11:35 AM

_____        _____
BARNETT S. KOLTON                                              6/10/2008
**Special Process Server**
P.E.R.C.#129-170762

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

_____

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>Plaintiffs,<br>v.<br><br>RENAISSANCE OVERHEAD DOOR CORPORATION,<br><br>Defendant. | CASE NO. 08-C-3082<br><br>JUDGE SHADUR |

**DECLARATION OF JAMES ROSEMEYER**

Pursuant to 28 U.S.C. § 1746, I, James Rosemeyer, do declare under penalty of perjury that the following is true and correct:

1. I am the Manager of the Employer Contributions Department for the Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters Welfare Fund (collectively, the "Trust Funds"), and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds.

2. The Defendant executed an Agreement with the Chicago Regional Council of Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3. Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

#20828 RENAISSANCE OVERHEAD DOOR CORP.
830 COMMERCE PARKWAY
CARPENTERSVILLE IL. 60110

|  | FRINGES | DUES | LD'S |
|---|---|---|---|
| May-07 | $0.00 | $0.00 | $10.78 |
| Jun-07 | $0.00 | $0.00 | $114.12 |
| Jul-07 | $0.00 | $0.00 | $98.25 |
| Aug-07 | $0.00 | $0.00 | $134.54 |
| Sep-07 | $0.00 | $0.00 | $106.13 |
| Oct-07 | $0.00 | $0.00 | $130.31 |
| Nov-07 | $0.00 | $0.00 | $160.79 |
| Dec-07 | $0.00 | $0.00 | $219.06 |
| Jan-08 ESTIMATE | $7,300.64 | $501.96 | $564.34 |
| Feb-08 ESTIMATE | $7,300.64 | $501.96 | $448.26 |
| Mar-08 ESTIMATE | $7,300.64 | $501.96 | $333.64 |
| Apr-08 ESTIMATE | $7,300.64 | $501.96 | $220.48 |
| May-08 ESTIMATE | $7,300.64 | $501.96 | $109.51 |
| TOTAL | $36,503.20 | $2,509.80 | $2,650.21 |

50259 RENAISSANCE OVERHEAD DOOR CORP
830 COMMERCE PKWY
CARPENTERSVILLE IL 60110

|  | FRINGES | DUES | LD'S |
|---|---|---|---|
| Jun-07 | $0 | $0 | $36.93 |
| Jul-07 | $0 | $0 | $42.37 |
| Aug-07 | $0 | $0 | $40.25 |
| Sep-07 | $0 | $0 | $26.77 |
| Oct-07 | $0 | $0 | $50.69 |
| Nov-07 | $0 | $0 | $59.76 |
| Dec-07 | $0 | $0 | $71.54 |
| Jan-08 ESTIMATE | $2,929.92 | $370.52 | $226.48 |
| Feb-08 ESTIMATE | $2,929.92 | $370.52 | $179.90 |
| Mar-08 ESTIMATE | $2,929.92 | $370.52 | $133.90 |
| Apr-08 ESTIMATE | $2,929.92 | $370.52 | $88.48 |
| May-08 ESTIMATE | $2,929.92 | $370.52 | $43.95 |
| TOTAL | $14,649.60 | $1,852.60 | $1,001.02 |

TOTAL BOTH ACCOUNTS $59,166.43
CREDIT ($106.27)

TOTAL AMOUNT DUE $59,060.16

## DISCREPANCY PAYMENT MAINTENANCE

Employer Number  20828   RENAISSANCE OVERHEAD DOOR CORP
                         830 COMMERCE PARKWAY
                         CARPENTERSVILLE IL 60110

Current Discrepancy Balance:     106.27-

| | Cont Mth. | Receipt Date | Adj/Rcp Number | Billed Amount | Receipt Amount | Balance | Original Receipt | St |
|---|---|---|---|---|---|---|---|---|
| 1) | 11/2007 | 2/01/2008 | 174828 | 114.51- | 8.24- | 106.27- | 768782 | O |

Enter Line Number ▮

## LD/IC PAYMENT MAINTENANCE

Employer Number 20828    RENAISSANCE OVERHEAD DOOR CORP
                        830 COMMERCE PARKWAY
                        CARPENTERSVILLE IL 60110

Current LD/IC Balance:    $973.98

|    | Cont Mth. | Receipt Date | Receipt Number | Billed Amount | Receipt Amount | Balance Due | Original Receipt | Sts |
|----|-----------|--------------|----------------|---------------|----------------|-------------|------------------|-----|
| 1) | 5/2007    | 6/25/2007    | 167741         | $130.62       | $119.84        | $10.78      | 725732           | O   |
| 2) | 6/2007    | 8/02/2007    | 169625         | $114.12       | $.00           | $114.12     | 732491           | O   |
| 3) | 7/2007    | 9/18/2007    | 170485         | $98.25        | $.00           | $98.25      | 742581           | O   |
| 4) | 8/2007    | 10/10/2007   | 171383         | $134.54       | $.00           | $134.54     | 746722           | O   |
| 5) | 9/2007    | 11/05/2007   | 172392         | $106.13       | $.00           | $106.13     | 751556           | O   |
| 6) | 10/2007   | 12/20/2007   | 173313         | $130.31       | $.00           | $130.31     | 761162           | O   |
| 7) | 11/2007   | 2/01/2008    | 175055         | $160.79       | $.00           | $160.79     | 768782           | O   |
| 8) | 12/2007   | 4/07/2008    | 176481         | $219.06       | $.00           | $219.06     | 781406           | O   |

Enter Line Number

## LD/IC PAYMENT MAINTENANCE

Employer Number 50259    RENAISSANCE OVERHEAD DOOR CORP
                        830 COMMERCE PKWY
                        CARPENTERSVILLE IL 60110

Current LD/IC Balance:    $328.31

| | Cont Mth. | Receipt Date | Receipt Number | Billed Amount | Receipt Amount | Balance Due | Original Receipt | Sts |
|---|---|---|---|---|---|---|---|---|
| 1) | 6/2007 | 8/02/2007 | 169895 | $36.93 | $.00 | $36.93 | 732490 | O |
| 2) | 7/2007 | 9/18/2007 | 170733 | $42.37 | $.00 | $42.37 | 742582 | O |
| 3) | 8/2007 | 10/10/2007 | 171634 | $40.25 | $.00 | $40.25 | 746724 | O |
| 4) | 9/2007 | 11/05/2007 | 172642 | $26.77 | $.00 | $26.77 | 751555 | O |
| 5) | 10/2007 | 12/20/2007 | 173541 | $50.69 | $.00 | $50.69 | 761170 | O |
| 6) | 11/2007 | 1/31/2008 | 174461 | $59.76 | $.00 | $59.76 | 768539 | O |
| 7) | 12/2007 | 4/07/2008 | 176699 | $71.54 | $.00 | $71.54 | 781405 | O |

Enter Line Number

# EXHIBIT C

Case 1:08-cv-03082　　Document 7-4　　Filed 07/11/2008　　Page 1 of 7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>Plaintiffs,<br><br>v.<br><br>RENAISSANCE OVERHEAD DOOR CORPORATION,<br><br>Defendant. | CASE NO. 08-C-3082<br><br>JUDGE SHADUR |

### DECLARATION OF DAVID P. LICHTMAN

Pursuant to 28 U.S.C. § 1746, I, David P. Lichtman, do declare under penalty of perjury that the following is true and correct:

1. I am an associate in the law firm of Whitfield McGann & Ketterman and one of the attorneys for Plaintiffs in the above captioned matter. I am licensed to practice law in the State of Illinois and for the United States District Court for the Northern District of Illinois. I make this Declaration in support of Plaintiffs' Motion for Default Judgment.

2. I have personal knowledge of the facts stated herein and am competent to give testimony as recited herein and from my own personal knowledge.

3. The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of liquidated damages, audit fees and attorneys' fees and costs incurred for failure of a signatory contractor to pay contributions in accordance with those Agreements.

4.  I, David P. Lichtman, have devoted 10.00 hours in connection with the above-captioned case at the rate of $175.00 per hour. My total billings are $ 1,750.00.

5.  In addition, the filing fee was $350.00 and the fees for service of process were an additional $55.00. These costs total $ 405.00.

6.  I certify that the attached detailed attorney fees and costs totaling $ 2,155.00 were necessary and reasonable.

7.  Notice of this Motion for Default was given to Defendant by mailing a copy of the same to Richard D. Gerstein, Registered Agent of Renaissance Overhead Door Corporation, at 707 Lake Cook Rd., Deerfield, IL, 70015

Dated 07/11/08

David P. Lichtman

Attorney for the Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700, Fax (312) 251-9701
dlichtman@whitfield-mcgann.com
Attorney No. 6290051

2

| 7/11/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 3:31 PM | Slip Listing | Page | 1 |

### Selection Criteria

Slip.Date            Earliest - 7/11/2008
Slip.Classification  Open
Case (hand select)   Include: CTF-C./N7686/20828

Rate Info - identifies rate source and level

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 358421        TIME<br>5/27/2008<br>Billed      G:73603    6/2/2008<br>Prepared summons, complaint, appearance forms and civil cover sheet for Trust Funds' claims and compliance matters pursuant to ERISA Sec. 1132, 1145 and THA Sec. 301. | DPL<br>Billable<br>CTF-C./N7686/20828 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 358422        TIME<br>5/27/2008<br>Billed      G:73603    6/2/2008<br>Review referral from Trust funds on 05/19/08; prepare file; review corporate status and registered agent information for legal process. | DPL<br>Billable<br>CTF-C./N7686/20828 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 358423        TIME<br>5/27/2008<br>Billed      G:73603    6/2/2008<br>Search Illinois Secretary of State database for corporate information including registered agent of the corporation for purposes of service; search for related companies; perform asset search of company and principals. | ~~GPW~~<br>Lexis<br>CTF-C./N7686/20828 | ~~0.00~~<br>0.00<br>0.00<br>0.00 | ~~100~~.00<br>A@1 | ~~00.00~~ |
| 358512        TIME<br>5/28/2008<br>Billed      G:73603    6/2/2008<br>Review complaint filed at the Federal Court; enter pertinent information (e.g., filing date, case number and assigned judge) into database; review judge's standing order regarding pre-trial litigation, motion practice and status hearing dates; update file/databse regarding same. | DPL<br>Billable<br>CTF-C./N7686/20828 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 358513        TIME<br>5/28/2008<br>Billed      G:73603    6/2/2008<br>Prepare correspondence to legal process server Scott Forrest Stern & Associates, Inc. | DPL<br>Billable<br>CTF-C./N7686/20828 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

| 7/11/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 3:31 PM | Slip Listing | Page | 2 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| regarding service of the summons and complaint on the defendant; prepare coorrespondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds regarding the filing of the complaint; enclose copy of the summons and complaint; docket follow-up dates for service. | | | | |
| 358598     TIME<br>5/29/2008<br>Billed     G:73603     6/2/2008<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding MINUTE entry before the Honorable Milton I. Shadur: Status hearing set for 9/24/2008 at 09:00 AM; download documents to the file folder; print document and enclose in file. | DPL<br>Billable<br>CTF-C./N7686/20828 | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |
| 359364     EXP<br>6/10/2008<br>Billed     G:73808     7/1/2008<br>FILING FEE (5/28/08) | CPW<br>$DC<br>CTF-C./N7686/20828 | 1 | 350.00 | 350.00 |
| 359519     TIME<br>6/11/2008<br>Billed     G:73808     7/1/2008<br>Prepare correspondence to Rich Oginski, Trust Fund Field Rep., regarding service of the complaint. | DPL<br>Billable<br>CTF-C./N7686/20828 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 359518     TIME<br>6/11/2008<br>Billed     G:73808     7/1/2008<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding the proof of filing the summons returned as executed; download documents to the file folder; print document and enclose in file. | DPL<br>Billable<br>CTF-C./N7686/20828 | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |
| 359517     TIME<br>6/11/2008<br>Billed     G:73808     7/1/2008<br>Review Scott Forrest Stern & Associates, Inc.'s report on service of the summons and complaint; review process server remarks regarding details of service; review affidavit of service for legality; electronically file the proof of service with the clerk of the U.S. District Court for the Northern Dist. of Illinois; docket follow-up dates for Answer due date. | DPL<br>Billable<br>CTF-C./N7686/20828 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |

| 7/11/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 3:31 PM | Slip Listing | Page | 3 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 360249           TIME<br>6/25/2008<br>Billed      G:73808      7/1/2008<br>Draft correspondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds requesting a breakdown of all ERISA fringe benefit contributions owed and the accompanying calculation of liquidated damages and interest pursuant to the terms of the trust agreements and Internal Revenue Code. | DPL<br>Billable<br>CTF-C./N7686/20828 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 360499           TIME<br>6/30/2008<br>Billed      G:73808      7/1/2008<br>Telephone conversation with Rich Oginski, Trust Fund Field Rep., regarding request for damages. | DPL<br>Billable<br>CTF-C./N7686/20828 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 360812           TIME<br>7/3/2008<br>WIP<br>Prepare affidavit for Trust Fund Manager James T. Rosemeyer in support of the Trust Funds' motion for default judgment; affidavit to support claim for ERISA fringe benefit contributions, and calculation of liquidated damages and interest pursuant to the terms of the trust agreements and Internal Revenue Code; prepare correspondence to Rosemeyer regarding the affidavit and request for execution. | DPL<br>Billable<br>CTF-C./N7686/20828 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |
| 361004           TIME<br>7/9/2008<br>WIP<br>Review file for Affidavits; sent correspondence to Trust Fund Manager James T. Rosemeyer regarding same. | DPL<br>Billable<br>CTF-C./N7686/20828 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 361096           TIME<br>7/11/2008<br>WIP<br>Review court file to determine if Answer filed; review office file for Answer; confirm Answer due dates; review U.S. District Court web site to verify the date and time that the presiding Judge hears motions; prepare motion for default judgment pursuant to F. Rul. Civ. P. 55 for failure to answer or otherwise plead. | DPL<br>Billable<br>CTF-C./N7686/20828 | 2.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 437.50 |

7/11/2008            WHITFIELD, McGANN & KETTERMAN
3:31 PM                    Slip Listing                    Page    4

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 361097     TIME<br>7/11/2008<br>WIP<br>Prepare a proposed judgment in support of the Trust Funds motion; calculate all amounts owed | DPL<br>Billable<br>CTF-C./N7686/20828 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 361098     TIME<br>7/11/2008<br>WIP<br>Review file for all entries for the attorney billings and costs incurred; compare with work performed on the file; prepare attorney fee declaration / affidavit and exhibits; incorporate amounts into the motion and judgment order; prepare the document for electronic filing. | DPL<br>Billable<br>CTF-C./N7686/20828 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |

Grand Total

                 Billable        ~~10.30~~          ~~2139.00~~
                 Unbillable      0.00             0.00
                 Total           ~~10.30~~          ~~2139.00~~

*[Handwritten notes:]*
10.00 @ $175.00 = $1750.00
filofee - 350.00
svc fee - 55.00
_____
$2,155.00