IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>            Plaintiffs,<br><br>v.<br><br>RENAISSANCE OVERHEAD DOOR CORPORATION,<br><br>            Defendant. | CASE NO. 08-C-3082<br><br>JUDGE SHADUR |

## NOTICE OF MOTION

To:   Richard D. Gerstein, Registered Agent
      Renaissance Overhead Door Corporation
      707 Lake Cook Rd.
      Deerfield, IL 70015

PLEASE TAKE NOTICE that on **July 18, 2008** I shall appear before the Honorable Judge Milton I. Shadur at approximately **9:15** in Courtroom 2303 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Entry of Order of Judgment, a copy of which has been sent to you via U.S. Mail.

                                    TRUSTEES of the CHICAGO REGIONAL COUNCIL
                                    OF CARPENTERS PENSION FUND, et al.

                                    /s/  David P. Lichtman

## CERTIFICATE OF SERVICE

I, David P. Lichtman, Plaintiff's attorney hereby certify that I served the above and foregoing via U.S. first class mail to the person/s to who said Notice is directed on July 11, 2008.
                                                                 /s/ David P. Lichtman

Attorney for Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701
Attorney No. 6290051