## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3082 | **DATE** | 7/18/2008 |
| **CASE TITLE** | Trustees vs. Renaissance Overhead Door Corp. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for default judgment (7-1) is granted. Enter Judgment Order. It is ordered that final Judgement is entered in favor of Plaintiff and against defendant, Renaissance Overhead Door Corp., in the sum of $61,322.43.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | SN |
|---|---|---|