IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, <br><br> Plaintiffs, <br><br> v. <br><br> RENAISSANCE OVERHEAD DOOR CORPORATION, <br><br> Defendant. | CASE NO. 08-C-3082 <br><br> JUDGE SHADUR |

## JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on May 28, 2008 and the Defendant was personally served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, RENAISSANCE OVERHEAD DOOR CORPORATION, in the sum of $ 61,322.43 representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (01/2008 – 05/2008) | $ 51,153.80 |
| b) | Liquidated Damages (05/2007 – 05/2008) | $ 3,651.23 |
| c) | Dues (01/2008 – 05/2008) | $ 4,362.40 |

| | | |
|---|---|---:|
| d) | Attorney Fees and Costs | $ 2,155.00 |
| | **TOTAL** | **$ 61,322.43** |

ENTERED:

*[signature]*

JUDGE MILTON I SHADUR
UNITED STATES DISTRICT JUDGE

DATED: July 18, 2008