AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court

## Northern District of Illinois

### Eastern Division

| | |
|---|---|
| Trustees of the Chicago Regional Council of Carpenters | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 3082 |
| Renaissance Overhead Door Corp. | |

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■   Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in favor of the Plaintiffs and against the defendant in the sum of $61,322.43.

Michael W. Dobbins, Clerk of Court

Date: 7/18/2008

/s/ Sandy Newland, Deputy Clerk