IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, <br><br> Judgment Creditor, <br><br> v. <br><br> RENAISSANCE OVERHEAD DOOR CORPORATION, <br><br> Judgment Debtor, <br><br> STATE FINANCIAL BANK NATIONAL ASSOCIATION, <br><br> Citation Respondent. | CASE NO. 08-C-3082 <br><br> JUDGE SHADUR |

## CITATION NOTICE

**Judgment Debtor's last known address:**
Name: **RENAISSANCE OVERHEAD DOOR CORPORATION**
Address: 830 Commerce Parkway
Carpentersville, IL 60110

**Judgment Creditor/Creditor's Attorney:**
Name: **David P. Lichtman**
Address: Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601

*Judgment in the amount of:* $61,322.43 on July 18, 2008
*Name of person receiving citation:* State Financial Bank National Association
10708 W. Janesville Rd.
Hales Corners, WI 53130
*Date of Citation* August 29 at 1:00 p.m.
*Location of Citation:* 111 East Wacker Drive, Suite 2600, Chicago, IL 60601

   NOTICE:   The Court has issued a citation against the person named above. The citation directs that person to appear at the Law Office of Whitfield McGann & Ketterman to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The Citation was issued on the basis of a judgment entered against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the citation date, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law.

THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE.

1)    (a)    Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor.
       (b)    Social Security and SSI benefits;
       (c)    Public assistance benefits;
       (d)    Unemployment compensation benefits;
       (e)    Worker's compensation benefits;
       (f)    Veteran's benefit;
       (g)    Circuit breaker property tax relief benefits;
       (h)    The debtor's equity interest, not to exceed $1,200 in value, in any one motor vehicle;
       (i)    The debtor's equity interest, not to exceed $750 in value, in any implements, professional books, or tools of the trade of the debtor.

2)    Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500 which homestead is exempt from judgment.

3)    Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage.

4)    Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed the total of 30 times the federal minimum hourly wage.

5)    Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 South Dearborn Street, Chicago, Illinois 60604. When so notified, the Clerk of the Court will provide a hearing date and the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor regarding the time and location of the hearing. This notice may be sent by regular first class mail.

David P. Lichtman (#6290051)
Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, | CASE NO. 08-C-3082 |
| Judgment Creditor, | JUDGE SHADUR |
| v. | |
| RENAISSANCE OVERHEAD DOOR CORPORATION, | |
| Judgment Debtor, | |
| STATE FINANCIAL BANK NATIONAL ASSOCIATION, | |
| Citation Respondent. | |

### *CITATION TO DISCOVER ASSETS TO THIRD PARTY*

To: State Financial Bank National Association
10708 W. Janesville Rd.
Hales Corners, WI 53130

**YOU ARE COMMANDED** to be present at the law office of Whitfield McGann & Ketterman, 111 East Wacker Drive, Suite 2600 on August 29 at the hour of 1:00 p.m. and then and there to answer under oath such questions as may be put to you concerning the property of the judgment debtor, RENAISSANCE OVERHEAD DOOR CORPORATION

Judgment was entered on July 18, 2008for the plaintiffs / judgment creditor and against RENAISSANCE OVERHEAD DOOR CORPORATION in the sum of $61,322.43. A copy of the judgment is attached to this Citation. Your answer / testimony will inform the Court as to the property you may hold belonging to RENAISSANCE OVERHEAD DOOR CORPORATION.

**YOU ARE COMMANDED** to produce at the examination the following documentation and information:

- Current statement that reflects the amount of funds / money held in any accounts belonging to the judgment debtor(s);

- Current statement listing all amounts owed to the judgment debtor(s);

- Current statement listing all amounts paid to the judgment debtor(s);

- Documents evidencing UCC filings or secured interest in judgment debtor(s) real or personal property;

- Signature cards to each account belonging to judgment debtor(s);

- Final documents reflecting the closure of accounts belonging to judgment debtor(s);

- Documents or evidence indicating the basis for any set off for money due the judgment debtor(s);

- Documents evidencing any loans of money to the judgment debtor(s) including outstanding amounts owed under the loan;

- Any and all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness due the judgment debtor(s).

YOU ARE REQUIRED to do the following upon receiving this Citation until further Order of Court in accordance with Supreme Court Rule 277 (f), or until this Citation is dismissed by the Court or by Stipulation;

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he/she may be entitled or which may be acquired by or become due to him/her, until further order of court or termination of the proceeding. You are not required to withhold the payment of any money beyond double the amount of the judgment.

**WARNING: YOUR FAILURE TO COMPLY WITH THE CITATION PROCEEDING MAY RESULT IN A JUDGMENT BEING ENTERED AGAINST YOU FOR THE UNSATISFIED AMOUNT OF THIS JUDGMENT. 735 ILCS 5/2-1402(D)(1).**

**WARNING: YOUR FAILURE TO APPEAR AT THE CITATION HEARING AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.**

I, David P. Lichtman, declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

2

_[signature]_
Signature of Attorney
David P. Lichtman

**MICHAEL W. DOBBINS**

CLERK OF THE COURT

_Yvette Montanez_
DEPUTY CLERK

Date: _JUL 2 8 2008_

David P. Lichtman (#6290051)
Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, ) ) ) ) ) ) ) ) Plaintiffs, ) ) v. ) ) RENAISSANCE OVERHEAD DOOR CORPORATION, ) ) Defendant. ) | CASE NO. 08-C-3082<br><br>JUDGE SHADUR |

### JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on May 28, 2008 and the Defendant was personally served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, RENAISSANCE OVERHEAD DOOR CORPORATION, in the sum of $ 61,322.43 representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (01/2008 – 05/2008) | $ 51,153.80 |
| b) | Liquidated Damages (05/2007 – 05/2008) | $ 3,651.23 |
| c) | Dues (01/2008 – 05/2008) | $ 4,362.40 |

d) Attorney Fees and Costs                $ 2,155.00

**TOTAL**                                 $ 61,322.43


ENTERED:

_____
JUDGE MILTON I SHADUR
UNITED STATES DISTRICT JUDGE

DATED: July 18, 2008

_Associated Bank_                     **ANSWER**
_____, certify under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A)   Savings Account (Amount withheld) $_____
B)   Checking and/or Now Account (Amount Withheld) $_____
C)   Certificate of Deposit (Amount withheld) $_____
D)   Money Market Account (Amount withheld) $_____
E)   Trust Account (Amount withheld) $_____
F)   Safety Deposit Box $_____
G)   No Accounts _____
H)   Adverse Claimant: Name _____ Address _____
I)   Wages, Salary or Commissions _____
J)   Other Personal Property (Describe) _____

*Attach additional pages for any additional information required by the Citation.*

Sub Total _____

☐ Less right of offset for other loans: _____
☐ Less deduction for fees limited by
205 ILCS 5/48.1:           _____

TOTAL _____

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

_Barb Rubell_     AUG – 5 2008
Agent for Citation Respondent

_____ on oath state: I am over 21 years of age and not a party to this case. I served the citation to discover assets as follows: on _____
by leaving a copy with the third party defendant on _____, 20_____, at
the hour of _____ m. at _____ Street,
_____County, Illinois.

On the third party defendant _____ by mailing a copy on _____,
20_____ by certified mail addressed to agent of the third party defendant, return receipt requested.
[attach green card of receipt here]

**FILED**

AUG 0 7 2008  YM
AUG 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signed and sworn by party making service

_____, 20_____